IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SARAH J. BROOM
and RICHARD MCKEY                                                                                       PLAINTIFFS

VS.                                                             CIVIL ACTION NO. 1:07CV18-LTS-RHW

THE TRAVELERS PROPERTY
CASUALTY COMPANIES;
THE STANDARD FIRE INSURANCE COMPANY;
and JOHN DOES 1-10                                                                                      DEFENDANTS

## AGREED ORDER

BEFORE THE COURT is the Plaintiffs' Motion to Suspend Briefing as to the Defendants' Motion to Dismiss, in the alternative, Motion for Summary Judgment, and the Court, being fully-advised in the premises and being further advised that the Defendants have no objection to the same, finds that the Plaintiffs' Motion to Suspend Briefing is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plaintiffs' response and any further briefing as to the Defendants' Motion to Dismiss, in the alternative, Motion for Partial Summary Judgment, shall be and hereby are suspended for a period of twenty (20) days from the date hereof.

IT IS FURTHER ORDERED AND ADJUDGED that if the parties have been unable to resolve the issue as to the proper party defendants within twenty (20) days, the Plaintiffs shall advise the Court, and the Plaintiffs, shall, at such time, be granted an additional ten (10) days within which to submit their response and memorandum in opposition to the Defendants' Motion to Dismiss, in the alternative, Motion for Summary Judgment.

SO ORDERED AND ADJUDGED, this the 8th day of February, 2007.

*s/ L. T. Senter, Jr.*

L. T. Senter, Jr.
Senior Judge

**Submitted by**:

/s/ Ginny Y. Kennedy

Ginny Y. Kennedy (MB: 102199)

MAISON HEIDELBERG, P.A.

795 Woodlands Parkway, Suite 220

Ridgeland, MS 39157

Phone: 601.351.3335

Fax: 601.956.2090

*Attorneys for Plaintiffs*

**Agreed and Approved:**

/s/ Paige C. Bush (w/ permission)

Paige C. Bush (MB: 101072)

WEBB SANDERS & WILLIAMS

P.O. Box 496

Tupelo, MS 38802

Phone: (662)844.2137

*Attorneys for Defendants*